MARC J. ZILVERSMIT, ESQ., Cal. State Bar No. 132057
523 Octavia Street
San Francisco, CA  94102
Telephone:  (415) 431-3472
email: marc@zdefender.com

Attorney for Defendant
STEVE MCINTOSH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 14-00016 MMC |
| Plaintiff, | **STIPULATION AND** |
| vs. | [~~PROPOSED~~] **ORDER MODIFYING CONDITIONS OF RELEASE** |
| STEVE MCINTOSH, | |
| Defendant. | |

FOR GOOD CAUSE, and without objection, it is hereby ordered that defendant Steve McIntosh's conditions of release be modified to permit him to travel to Washington State to attend a meeting with his son's college football coach between August 1 and August 3, 2014. Steve McIntosh's son, Joseph McIntosh, is 18 years old, attends University of Washington and is on the University's football team.

Mr. McIntosh is further permitted to travel to attend his son's college football team's events, provided he obtains prior approval from Pretrial services.

The defendant is ordered to provide Pretrial services with a detailed travel itinerary prior to departure.

//

1  Counsel has communicated with Pretrial Services Officer Matthew S. Carter who has no
2  objection to this modification with these conditions.

3  Dated: July 25, 2014                    Respectfully stipulated and submitted,

4                                          /s/
                                            _____
5                                           MARC J. ZILVERSMIT
                                            Attorney for Defendant STEVE MCINTOSH
6
                                            /s/
7                                           _____
                                            DAMALI TAYLOR
8                                           Assistant United States Attorney

9  IT IS SO ORDERED.

10
11  Dated:  July 29, 2014
                                            _____
12                                          THE HONORABLE MAXINE M. CHESNEY
                                            Judge of the United States District Court

Motion and [Proposed] Order                 2