MARC J. ZILVERSMIT, ESQ., State Bar No. 132057
523 Octavia Street
San Francisco, CA  94102
Telephone:  (415) 431-3472
marc @ zdefender.com

Attorney for Defendant
STEVE MCINTOSH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>STEVE MCINTOSH, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR 14-00016 MMC<br><br>[Proposed] **ORDER MODIFYING CONDITIONS OF RELEASE** |

FOR GOOD CAUSE SHOWN   in defendant's Unopposed Motion to Modify,

It is hereby Ordered that Defendant Steve McIntosh's conditions of release are modified:  The condition requiring Mr. McIntosh to undergo drug testing is deleted. All other conditions of release remain in full force and effect.

SO ORDERED:

Dated: July 23, 2015

_____
THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT JUDGE